■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEENAN LEUNG, Appellant. [868 NYS2d 533]

Contrary to the defendant's contention, there was clear and convincing proof to warrant the assessment of points against him for a history of substance abuse as set forth in the risk assessment instrument of the Board of Examiners of Sex Offenders (hereinafter the RAI). The Supreme Court properly designated the defendant a level three sex offender based upon the facts of the case and the RAI (*see* Correction Law § 168-n; *People v Smolen,* 47 AD3d 623 [2008]; *People v Yarborough,* 43 AD3d 1129 [2007]; *People v Grimmett,* 29 AD3d 766 [2006]). Skelos, J.P., Santucci, Dillon and Covello, JJ., concur.